**01–2219.   Klostermeyer v. Ohio Dept. of Rehab. & Corr.**
Cuyahoga App. No. 79248. On motion for stay of court of appeals' judgment. Motion denied.
PFEIFER, J., dissents.

**01–2230.   Barker v. Netcare Corp.**
Franklin App. No. 01AP–230. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

## APPEALS ALLOWED

**01–1772.   State v. Dixon.**
Franklin App. No. 01AP–22.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**01–1815.   Toledo v. Ross.**
Lucas App. Nos. L–00–1337, L–00–1338, L–00–1339, L–00–1340, L–00–1341 and L–00–1342.
PFEIFER and COOK, JJ., dissent.
RESNICK, J., not participating.